RECEIVED
MAY 1 2 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| LEON DUFFY  LA. DOC #197170 | CIVIL ACTION NO. 6:14-cv-0418 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| TIMOTHY KEITH, WARDEN | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 12 day of May, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE